IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: : FILED UNDER SEAL
SEARCH WARRANT : Misc. No. 06- 42M

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Application and Affidavit for Search Warrant, Search Warrant, this Motion and Order to Seal, and the related file in the above-captioned case pending execution of the search warrant.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 11, 2006

**AND NOW** this 11th day of April, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Application and Affidavit for Search Warrant, Search Warrant, this Motion and Order to Seal, and the related file in the above-captioned case be **SEALED** until further order of the Court.

_____
HONORABLE KENT A. JORDAN
United States District Judge
District of Delaware

FILED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE