IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Misc. No. 06-42M |
| SEARCH WARRANT | ) | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the Application and Affidavit for Search Warrant, Search Warrant, and file in the above-captioned case.

        COLM F. CONNOLLY
        United States Attorney

By: _/s/ Beth Moskow-Schnoll_
    Beth Moskow-Schnoll
    Assistant United States Attorney

Dated: April 13, 2006

**IT IS SO ORDERED** this 13th day of April, 2006.

_/s/ Kent A. Jordan_
HONORABLE KENT A. JORDAN
United States District Court Judge

FILED
APR 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE